# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMIE RAMSEY,<br><br>          Plaintiff,<br> vs.<br><br>MERCK & COMPANY, INC., a corporation; McKESSON CORPORATION, a corporation; and DOES 1 to 100, PHARMACEUTICAL DISTRIBUTOR DOES 101 to 200, PHARMACY DEFENDANT DOES 201 to 300, inclusive.,<br><br>         Defendants. | CASE NO. 06cv2432-IEG(POR)<br><br>ORDER GRANTING JOINT MOTION TO STAY<br>[DOC. NO. 6] |

  The joint motion of the parties for an order staying all proceedings pending the decision by the Judicial Panel on Multidistrict Litigation as to whether this action will be transferred to the multidistrict litigation known as In re Vioxx Products Liability Litigation, MDL No. 1657 is GRANTED.

  **IT IS SO ORDERED**.

**DATED: December 29, 2006**

                         _____
                         **IRMA E. GONZALEZ, Chief Judge
                         United States District Court**